```
NYLA ANN LOGAN                PHILADELPHIA INSURANCE
42 JIM BURCH RD               PO BOX 2189
HATTIESBURG, MS 39401         MONTGOMERY, AL 36102

THOMAS C. ROLLINS, JR.        PORTFOLIO RECOVERY
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                120 CORPORATE BLVD
JACKSON, MS 39236             NORFOLK, VA 23502

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024


CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401


CITI CARD
PO BOX 790040
ST LOUIS, MO 36179


DILLON ADAMS
44 JIM BURCH RD
HATTIESBURG, MS 39401


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

PARNELL LAW GROUP
P.O. BOX 2189
MONTGOMERY, AL 36102
```