Certificate Number: 17082-MSS-DE-040809835

Bankruptcy Case Number: 26-50532



17082-MSS-DE-040809835

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2026, at 12:19 o'clock PM MST, NYLA LOGAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 2, 2026

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director