United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-50532-KMS |
| Nyla Ann Logan | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2026 | Form ID: 318 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nyla Ann Logan, 42 Jim Burch Rd, Hattiesburg, MS 39401-8119 |
| 5646292 | | Dillon Adams, 44 Jim Burch Rd, Hattiesburg, MS 39401 |
| 5646295 | + | Philadelphia Insurance, PO Box 2189, Montgomery, AL 36102-2189 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jul 07 2026 23:51:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Jul 07 2026 23:51:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 07 2026 23:51:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5646290 | | Email/Text: bankruptcy@centuryfirstfcu.com | Jul 07 2026 19:54:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5646288 | + | EDI: CAPITALONE.COM | Jul 07 2026 23:51:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5646289 | + | EDI: CAPONEAUTO.COM | Jul 07 2026 23:51:00 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5646291 | + | EDI: CITICORP | Jul 07 2026 23:51:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5646293 | | EDI: DISCOVER | Jul 07 2026 23:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5646296 | | EDI: PRA.COM | Jul 07 2026 23:51:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5646294 | + | Email/Text: mparnell@plgse.com | Jul 07 2026 19:54:00 | Parnell Law Group, P.O. Box 2189, Montgomery, AL 36102-2189 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0538-6          User: admin          Page 2 of 2

Date Rcvd: Jul 07, 2026          Form ID: 318          Total Noticed: 13

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Derek A Henderson T1

     trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Thomas Carl Rollins, Jr

     on behalf of Debtor Nyla Ann Logan trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Nyla Ann Logan** | Social Security number or ITIN | **xxx−xx−8516** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ | |
| | | EIN _ _−_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26−50532−KMS**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Nyla Ann Logan**
aka Nyla A Logan

Dated: 7/7/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2